✓ RETAIN                                    wm ✓

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**           Evidentiary Hrg: Y (N)
                                                         Exhibits Filed: Y (N)

PROCEEDING MEMO - CHAPTER 7

*Trial*

Date: 10/23/2017 Time: 10:00

CASE: 13-29248 Raymon Kevin Nelson ✓

(Brett Weiss) and ~~Raquel Simone White~~ and ~~Wendell W. Webster~~ representing Raymon Kevin Nelson (Debtor)

representing Mark J. Friedman Mark J. Friedman (Trustee)
Jeanne M. Crouse representing US Trustee - Greenbelt 11 (U.S. Trustee)

[259] Motion for Relief from Stay and Notice of Motion Re: Lawsuit. Fee Amount $181. Notice Served on 7/3/2017, Filed by Raymon Kevin Nelson. Objections due by 07/17/2017. with three additional Court days allowed if all parties are not served electronically. Hearing scheduled for 07/27/2017 at 10:00 AM - Courtroom 3-C. (Attachments: #s2 Notice of Motion)

*Clinton Jackson*

**MOVANT** : Raymon Nelson BY W Webster R White B Weiss

[268] Objection to Claim Number In Re: Clinton Jackson in the Amount of $15,301.38. Notice Served on 7/26/2017 Filed by Raymon Kevin Nelson. Responses due by 8/25/2017. (Attachments: #s1 Exhibit Anne Arundel County District Court Docket)

**MOVANT** : Raymon Nelson BY W Webster R White B Weiss

[277] Motion to Dismiss Debtor's Objection to Proof of Claim Filed by Clinton A. Jackson (related document(s) 268 Objection to Claim filed by Debtor Raymon Kevin Nelson) .

**MOVANT** : Clinton Jackson (no atty *hmm if necessary*)

DISPOSITIONS:    *[268] reserved for future determination*    *w/o prejudice*
   ~~Granted~~____   Denied *[259]* ✓ Withdrawn____ Consent____ Default____ Under Adv.____

   Moot____   Dismissed____   Overruled____   Sustained____   O.T.J. Fee____

   Continued to: _____

DECISION:

   [ ] Signed by Court           [ ] Filed by Counsel
   [✓] To be prepared by:
       [ ] Movant's counsel           [✓] Court
       [ ] Respondent's counsel       [ ] Other _____

NOTES: