UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| RAYMON KEVIN NELSON, ) | Case No. 13-29248 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF LINE**

Please withdraw the Line withdrawing my appearance as counsel to the Debtor, Raymon Kevin Nelson, filed on 1/10/18 at Docket Entry 304.

**CERTIFICATE OF SERVICE**

I hereby certify that on this **17th** day of January, 2018, a true and correct copy of the foregoing Notice was served via the Court's electronic notification system and by first class mail, postage prepaid, to Mark J. Friedman, Esq., Chapter 7 Trustee, 6225 Smith Avenue, Baltimore, MD 21209.

/s/ *Wendell W. Webster*
Wendell W. Webster, Esq., MD Bar No.02683
Webster & Fredrickson, PLLC
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510